# JacksonLewis

Jackson Lewis P.C.
58 South Service Road, Suite 250
Melville NY 11747
(631) 247-0404 Direct
(631) 247-0417 Fax
jacksonlewis.com

My Direct Dial is:  (631) 247-4657
MY EMAIL ADDRESS IS: ANA.SHIELDS@JACKSONLEWIS.COM

June 3, 2021

**VIA ECF**

Honorable Brian M. Cogan, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   Bryce Mottram vs. Schmitt Industries, Inc. d/b/a
>        Ample Hills Creamery and Michael Zapata
>        Case No. 21-CV-00717

Dear Judge Cogan:

As counsel for Defendants, together with counsel for Plaintiff, we write to advise that the parties have reached a settlement in principle.  As such, together with Plaintiff, we write to jointly and respectfully request that the dates within the Court's Scheduling Order (Doc. No. 16) be held in abeyance pending submission of a Stipulation of Dismissal with Prejudice on or before July 19, 2021.[1]

We appreciate Your Honor's consideration of this request.

Respectfully submitted,

JACKSON LEWIS PC

*Ana C. Shields*

Ana C. Shields

ACS/pr
cc:    All counsel of Record, *via ECF*

---

[1] The parties have allowed approximately 45 days for filing to ensure time to draft the agreement and to allow for the mandatory 21 day review period and 7 day revocation period under NYS law.